No. 94–5142. FLORES-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5143. GUINN v. COOPER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5145. CHAFFER v. LONG ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94–5147. GONZALEZ v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5149. FISHER v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5150. HENNING v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–5151. GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5152. ELLIS v. STAINER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5153. GRANT v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–5154. ESPARZA v. DOE. C. A. 5th Cir. Certiorari denied.

No. 94–5155. WOODS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5156. WILLIAMS v. HILL, SUPERINTENDENT, ODOM CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.

No. 94–5157. TEJEDA v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–5158. BURRESS v. CHRISTIANITY & CRISIS, INC., ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.